# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WOODROW O. MORAN,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 6:09-cv-563-Orl-28DAB

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

# ORDER

This case is before the Court on a review of the Commissioner of Social Security's ("Commissioner") administrative decision to deny Plaintiff's application for social security disability benefits. The United States Magistrate Judge has submitted a report recommending that the decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 19, 2010 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for the Administrative Law Judge to 1) either discuss Dr. Barber's opinion or order a new consultative examination so the examiner has the benefit of the 2008 x-rays from the Volusia County Jail; 2) to decide

Plaintiff's RFC; 3) hold a supplemental hearing with testimony from Plaintiff and from a vocational expert as to what work he could perform, considering his vocational factors and his functional limitations; and 4) address the issue, if appropriate, of the materiality of Plaintiff's alcohol abuse to disability.

3. The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___20th___ day of May, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge